25-mj-3083-JDH

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael J. Haines, being duly sworn, hereby depose and state as follows:

## INTRODUCTION

1.      I am a State Trooper with the Massachusetts State Police and have been so employed for 14 years.  I am a graduate of the 80th Recruit Training Troop of the Massachusetts State Police Academy.  I hold a Bachelor's and Master's Degree in Criminal Justice from Curry College in Milton, Massachusetts.  I am currently assigned to the Division of Investigative Services, Special Investigations Unit of the Massachusetts State Police and to the Federal Bureau of Investigation ("FBI") Violent Crimes Task Force ("Task Force").  The Task Force comprises personnel from the FBI, Massachusetts State Police, Boston, Somerville, Malden, and Dedham Police Departments. The Task Force investigates bank robberies, as well as violent crimes, which are punishable under federal and state law.

2.      During my tenure as a law enforcement officer, with both the Massachusetts State Police and the Task Force, I have interrogated numerous defendants, informants, and suspects who were users, sellers and/or distributors of controlled substances and who also had violent criminal records. I have additionally been involved in numerous investigations involving assaults, larcenies, extortion, firearms violations, armed and unarmed robberies, and crimes against persons. My investigations have included the use of surveillance techniques and the execution of arrest warrants and search and seizure warrants, including those involving data from telephone and other electronic service providers.  Since joining the Task Force, I have investigated or assisted with multiple bank robbery investigations. I have been the affiant in multiple search warrants, in both state and federal court.

3.      I am aware that Title 18, United States Code, Section 2113(a) makes it a crime for anyone to use force and violence, or intimidation, to take from the person of another, money or

1

any other thing of value belonging to or in the care, custody, control, management, or possession of any federally-insured financial institution.

4.      I submit this affidavit in support of a criminal complaint charging Jeremy Woodley (DOB: xx/xx/1980) ("WOODLEY"), with the robbery of the Berkshire Bank located at 1320 Washington Street in Boston, Massachusetts on February 20, 2025, and with the robbery of the Citizens Bank, located at 580 Washington Street in Boston, Massachusetts on February 21, 2025. On the dates of the robberies, both the Berkshire Bank and Citizens Bank were insured by the Federal Deposit Insurance Corporation.

5.      The facts stated herein are based on my own personal involvement with this investigation, as well as from information provided to me by other law enforcement officers involved in the investigation. In submitting this affidavit, I have not included each and every fact known to me about this investigation; rather, I am only submitting enough evidence necessary to establish the requisite probable cause to believe that Jeremy Woodley committed violations of 18 U.S.C. § 2113(a).

## STATEMENT OF PROBABLE CAUSE

### Background on Jeremy Woodley

6.      WOODLEY has a history of committing bank robberies, as described below.

7.      In 2004, WOODLEY pled guilty to one count of bank robbery, in violation of 18 U.S.C. § 2113(a).  Specifically, according to the court's sentencing memorandum, in 2003, WOODLEY entered a Citizens Bank in Boston, Massachusetts and handed the teller a handwritten demand note, reading "[g]ive me money or you get shot."  Despite the language on the note, WOODLEY had no weapon.  WOODLEY then grabbed $738.00 in U.S. currency and rushed into his acquaintance's car.  The bank's dye pack detonated the moment WOODLEY reached the car, covering the money in red dye.

8.      In 2017, WOODLEY pled guilty to three counts of bank robbery, in violation of 18 U.S.C. § 2113(a).  Specifically, according to the government's sentencing memorandum, on May 5, 2016, WOODLEY entered a Santander Bank in Boston, Massachusetts, and handed the teller a handwritten demand note, reading "I have a gun. I want all loose bills, no dye pack. 100's, 50's. 20's."  Upon receiving money from the teller, WOODLEY fled the bank.  Twelve days later, on May 17, 2016, WOODLEY entered a different Santander Bank in Boston and handed the teller a handwritten demand note that stated, "I have a gun, no one gets hurt as long as you comply. I want loose bills, 100's, 50's, 20's NO DYE PACKS Don't Play Games."  WOODLEY again grabbed the money from the teller and fled the bank.  Four days later, on May 21, 2016, WOODLEY entered a Commerce Bank in Boston and handed the teller a handwritten demand note that stated, "I have a gun, comply and no one gets hurt! NO DYE PACKS. I WANT SINGLE BILL'S 100'S & 50'S 20'S."  Once again, WOODLEY grabbed the money from the teller and fled the bank.

9.      For the 2016 robberies, WOODLEY was sentenced to 100 months' imprisonment, to be served concurrently.  WOODLEY was also sentenced to three years of supervised release.

10.     WOODLEY was released from the custody of the Bureau of Prisons on February 7, 2025, to begin his term of supervised release.   After his release, WOODLEY failed to report to the probation office.  As of February 12, 2025, WOODLEY's whereabouts were unknown to the probation office.

**Berkshire Bank Robbery**

11.     On February 20, 2025, at approximately 9:54 a.m., an unidentified male subject ("UNSUB-1") entered the Berkshire Bank located at 1320 Washington Street, Boston, Massachusetts and approached a teller.  The UNSUB-1 handed the teller ("VICTIM 1") a written demand note that stated, "I have a gun comply with my demands  No one will be hurt. I want all lose bills.  100's, 50, and 20's. No Dye Packs or tracers."  VICTIM 1 handed the UNSUB-1

$500.00 in U.S. currency.  The UNSUB-1 then fled on foot out of the main entrance with the money.

6.      Law enforcement officers on scene at the Berkshire Bank took witness statements from the tellers and bank employees.  VICTIM 1 described the UNSUB-1 as a black male, mid-30's to early 40's years of age, taller than 6 feet in height, and skinny.  VICTIM 1 also told officers on scene that the UNSUB-1 was wearing a camouflage-style jacket with a hood.

7.      Bank surveillance cameras were operating and functioning on the date of the robbery.  I have reviewed the footage captured by those cameras.  Consistent with VICTIM 1's account, the footage shows the UNSUB-1 enter the bank, interact with VICTIM 1, unfold a note in front of VICTIM 1 and place the note on the counter, receive money from VICTIM 1, and depart the bank with the money.  The description of UNSUB-1 provided by VICTIM 1 was consistent with the footage.  As VICTIM 1 had described, the UNSUB-1 wore a camouflage-pattern jacket with the hood on, as shown below:



### Citizens Bank Robbery

8.     The following day, on February 21, 2025, at approximately 9:28 a.m., an unidentified male subject ("UNSUB-2") entered the Citizens Bank located at 580 Washington Street, Boston, Massachusetts and approached a teller.  The UNSUB-2 handed the teller ("VICTIM 2") a written demand note that stated "I have a gun no one get hurt as long as you comply.  I want all loose bills [ ]00, $50, $20 and $10….No dye pack or [ ]ers."[1]  VICTIM 2 handed the UNSUB-2 $500.00 in U.S. currency.  The UNSUB-2 fled on foot with the money out of the Bank onto Washington Street in the direction of the Chinatown Train Station.

9.     Law enforcement officers on scene at the Citizens Bank took witness statements from the tellers and bank employees. VICTIM 2 told investigators that after she read the word "gun" on the note, she froze in place because she was afraid the UNSUB-2 had a gun.  VICTIM 2 described the UNSUB-2 as a black man over 6' feet in height, with dark skin, mid 40's to 50's years of age, and skinny to medium build.  VICTIM 2 also stated that the UNSUB-2 was wearing a black knit hat and an army green camouflage jacket with the hood on.

10.     Citizens Bank surveillance cameras were operating and functioning on the date of the robbery.  I reviewed the footage captured by those cameras.  Consistent with VICTIM 2's account, the footage shows the UNSUB-2 enter the Bank, hand VICTIM 2 the demand note, and then departed the Bank with the money.  The description provided by VICTIM 2 was consistent with the images captured on the Citizens Bank's video surveillance cameras.  As VICTIM-2 had described, the UNSUB-2 wore a camouflage-pattern jacket with the hood on, as shown below:

---

[1] The brackets indicate that the beginning of certain words appear to have been ripped off the sheet of paper.



**Identification of the Robber**

**A.  The Empire Loan Surveillance Footage**

11.      After the Berkshire Bank robbery, investigators began canvassing for surveillance footage around Berkshire Bank.  Investigators located surveillance footage from the morning of February 20, 2025, prior to the bank robbery, from Empire Loan, at 1130 Washington Street, Boston, Massachusetts, which is approximately one block north of Berkshire Bank.  The footage shows a black man writing something down at the counter with an Empire Loan pen before exiting the establishment.   The man was wearing dark colored boots, blue jeans and a solid green hooded jacket, inside Empire Loan.  A screenshot of the footage is shown below:



12.    The footage also captures the same man exit Empire Loan and walk in the direction of Berkshire Bank.  As he exited the Empire Loan, the man removed his green jacket. Underneath the jacket, the man was wearing a black hooded "Adidas" sweatshirt.  The footage captures the man turning his green jacket inside out to reveal a camouflage pattern consistent with the jackets seen on UNSUB-1 and UNSUB-2, before putting the jacket back on, as shown below:





13.     In addition to his clothing, the man's facial features on February 20, 2025, were consistent with the facial features of UNSUB-2 on February 21, 2025, shown above. Accordingly, investigators suspected that the same person had committed both robberies.

**B. The MBTA Surveillance Footage**

14.     After the Citizens Bank robbery, investigators began a canvass by the Citizens Bank for nearby surveillance images.   Investigators obtained surveillance footage from the Chinatown

8

Station and the Orange Line train. Surveillance footage from Chinatown Station captures the UNSUB-2 entering the train station wearing the same camouflage-pattern jacket, blue jeans and dark colored boots while carrying what appears to be U.S. currency in his hand. The UNSUB-2 is then seen removing his jacket and reversing his jacket from the camouflage side to the solid green side. Additional surveillance footage captures the UNSUB-2 counting U.S. currency before boarding an Orange Line train in the direction of Sullivan Square. Surveillance footage from Sullivan Square Station captures the UNSUB-2 depart the Orange Line train and walk in the direction of Cambridge Street in Charlestown, Massachusetts.

15.     Investigators reviewed surveillance footage from Boston Regional Intelligence Center ("BRIC") cameras and from nearby residence and commercial businesses in Charlestown. Surveillance cameras captured the UNSUB-2 walking on foot from the Sullivan Square Station onto Main Street towards Whole Foods Market in Charlestown. Interior and exterior surveillance footage from Whole Foods Market capture the UNSUB-2 purchasing groceries using U.S. currency. The UNSUB-2 is then captured on video entering a Boston Cab.

16.     Investigators interviewed the Boston Cab driver and learned that the driver drove the UNSUB-2 to 99 Wayland Street in Boston, Massachusetts.

**C. Surveillance of 99 Wayland Street, Boston, MA**

17.     On Saturday, February 22, 2025, investigators conducted surveillance in the area of 99 Wayland Street. At approximately 10:03 a.m., investigators observed a black male wearing blue jeans and a black hooded sweatshirt with "Adidas" emblem on the front standing on the front porch of 99 Wayland Street. The sweatshirt design matched the design on the sweatshirt worn by the man captured on the Empire Loan surveillance footage.

18.     On Tuesday, February 25, 2025, investigators again conducted surveillance around 99 Wayland Street. At approximately 11:50 a.m., investigators observed a black man wearing blue

jeans and a green hooded jacket, which appeared to be the same jacket worn by the man captured on the Empire Loan surveillance footage. The man exited the residence with a woman and walked in the direction of Dalkeith Street.

19.    Investigators stopped both the man and the woman on Dalkeith Street by Howard Avenue. I then explained to the man, who was later identified as Jeremy Woodley (DOB: xx/xx/1980), the reason for the stop. During the stop, I asked WOODLEY if he would remove his jacket to allow me to see the inside of the jacket. When WOODLEY took his jacket off, I observed that the inside of the jacket was camouflaged and that the exterior was solid green—the same style, color, and pattern worn by the UNSUB-1 prior to the Berkshire Bank robbery on February 20, 2025, and by the UNSUB-2 after the Citizens Bank robbery on February 21, 2025, as shown below:

 

20.    Based upon the information detailed above, I believed there was probable cause to arrest WOODLEY, at least in relation to the robbery of the Citizens Bank on February 21, 2025.

21.     WOODLEY was transported to Boston Police District A-1 where he was processed. WOODLEY was advised of his *Miranda* rights and WOODLEY waived those rights.  During his conversation with investigators, WOODLEY was shown surveillance images from both the Berkshire Bank and Citizens Bank robberies, as well as surveillance images from nearby businesses.  WOODLEY confessed to both the robbery of the Berkshire Bank on February 20, 2025, and the robbery of the Citizens Bank on February 21, 2025, and added that he had just been released from prison after serving a federal sentence for bank robbery.  WOODLEY's confession was audio and video recorded.

## **CONCLUSION**

22.     Based on the foregoing, there is probable cause to conclude that on or about February 20, 2025, and February 21, 2025, in Massachusetts, WOODLEY did, by force and violence, or by intimidation, take from the person or presence of another, any property or money or any other thing of value belonging to, or in the care, custody, control, management, or possession of, any bank, credit union, or any savings and loan association, in violation of 18 U.S.C. § 2113(a).

*Michael J Haines (by JDH)*

Michael J. Haines
Trooper, Massachusetts State Police

SWORN to telephonically in accordance with Fed. R. Crim. P. 4.1
on this date of April 21, 2025

HONORABLE JESSICA D. HEDGES
UNITED STATES MAGISTRATE JUDGE