# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies, and to: The Superintendent of the Nashua Street Jail, Boston, Massachusetts.

**YOU ARE COMMANDED** to have the body of **Jeremy Woodley** now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 15 on the 5th floor, Boston, Massachusetts on **Wednesday, May 07, 2025 , at 10:30 A.M.** for the purpose of an **Initial Appearance** in the case of **UNITED STATES v** Jeremy Woodley **Cr Number 25-3083-JDH**

And you are to retain the body of said **Jeremy Woodley** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said **Jeremy Woodley** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 5th day of May , 2025.

**ROBERT FARRELL
CLERK,**

By: **/s/ Thomas F. Quinn
Thomas F. Quinn
Deputy Clerk**

(Habcorp.wrt - 09/92)